Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK C. WEAVER, et al.,

        Plaintiffs,

  v.

WASHINGTON MUTUAL BANK, F.A., et al.,

        Defendants.

No. C13-0008 RAJ

ORDER OF DISMISSAL

On February 6, 2013, the Court issued an order requiring the parties to file a Joint Status Report by March 22, 2013 (Dkt. #7). No such report was filed.

On March 26, 2013, the Court entered an Order to Show Cause (Dkt. #10), ordering Plaintiffs to show cause no later than April 2, 2013 why this action should not be dismissed for failing to comply with the Order Requiring Joint Status Report, warning Plaintiffs that absent a timely response to the Order to Show Cause, this action would be dismissed without prejudice.

There has been no response to the Court's Order to Show Cause and no Joint Status Report has been filed.

ORDER OF DISMISSAL – 1

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiffs' failure to prosecute.

DATED this 8th day of April, 2013.

*Richard A. Jones*
───────────────────────
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2